1  STEVEN M. SCHATZ, State Bar No. 118356
   BORIS FELDMAN, State Bar No. 128838
2  RODNEY G. STRICKLAND, JR., State Bar No. 161934
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
5  Facsimile:   (650) 565-5100
   Email:  sschatz@wsgr.com
6  Email:  boris.feldman@wsgr,com
   Email:  rstrickland@wsgr.com
7
   Attorneys for Defendant
8  MARVELL TECHNOLOGY GROUP, LTD.

9

                UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA

                      SAN JOSE DIVISION          *E-FILED - 6/28/07*

IN RE MARVELL TECHNOLOGY GROUP,   )   Master File No. C-06-06286-RMW
LTD. SECURITIES LITIGATION        )
                                  )   **APPLICATION FOR
                                  )   SUBSTITUTION OF COUNSEL
                                  )   AND [] ORDER**
This Document Relates to:         )
                                  )
     ALL ACTIONS.                 )
                                  )
                                  )

   Effective immediately Defendant MARVELL TECHNOLOGY GROUP, LTD. hereby designates the law firm of WILSON SONSINI GOODRICH & ROSATI, 650 Page Mill Road, Palo Alto, California, telephone number (650) 493-9300, as its attorneys of record in lieu and in place of the law firm of PILLSBURY WINTHROP SHAW PITTMAN, 2475 Hanover St., Palo Alto, California, telephone number (650) 223-4500, and hereby makes this application to the Court to approve this substitution of counsel.

THE UNDERSIGNED CONSENT TO THE ABOVE SUBSTITUTION OF COUNSEL:

Dated: June 7, 2007                             /s/ Janine Bloch
                                                Janine Bloch

                                                Senior Commercial Litigation Managing Attorney
                                                Marvell Technology Group, Ltd.


Dated: June 7, 2007                             PILLSBURY WINTHROP SHAW PITTMAN LLP

                                                By:     /s/ Bruce A. Ericson
                                                        Bruce Ericson


SUBSTITUTION ACCEPTED:

Dated: June 7, 2007                             WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation

                                                By:     /s/ Rodney G. Strickland, Jr.
                                                        Rodney G. Strickland, Jr.

**ORDER**

   IT IS SO ORDERED.

Dated: June 28, 2007


                                                _____
                                                The Honorable Ronald M. Whyte
                                                UNITED STATES DISTRICT JUDGE

APPLICATION FOR SUBSTITUTION OF                 - 2 -                              3127959_1.DOC
COUNSEL AND [] ORDER
MAster File No. C-06-06286-RMW

**SIGNATURE ATTESTATION**

Pursuant to General Order 45, Section X.B. regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Janine Bloch and Bruce Ericson.

Dated: June 7, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Rodney G. Strickland, Jr.
　　　　Rodney G. Strickland, Jr.

Attorneys for Defendant
Marvell Technology Group, Ltd.