Sara B. Brody, sara.brody@hellerehrman.com, (Bar No. 130222)
Laurence A. Weiss, laurence.weiss@hellerehrman.com, (Bar No. 164638)
Kristi K. Elder, kris.elder@hellerehrman.com, (Bar No. 231996)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025
Telephone:  (650) 324-7000
Facsimile:  (650) 324-0638

Attorneys for Defendant
JOHN M. CIOFFI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 11/2/07*

| | |
|---|---|
| In re Marvell Technology Group, Ltd. Securities Litigation, | Master File No.:  CV-06-06286 RMW |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: | STIPULATION AND [] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT JOHN M. CIOFFI'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT |
| All Actions | |

Defendant John M. Cioffi ("Cioffi") and Lead Plaintiffs Police and Fire Retirement System of the City of Detroit, Monte Paschi Asset Management S.G.R. S.p.A, and Puerto Rico Government Employees Retirement System ("Lead Plaintiffs"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 16, 2007, Lead Plaintiffs filed the Consolidated Class Action Complaint (the "Complaint"); and

WHEREAS, on October 29, 2007, Cioffi timely responded to the Complaint by motion to dismiss; and

WHEREAS, Lead Plaintiffs and Defendants Marvell Technology Group, Ltd., Sehat Sutardja, Weili Dai, and George Hervey have previously entered into, and filed with the Court, a

1  stipulated briefing schedule pursuant to which Lead Plaintiffs shall file their opposition brief(s) to

2  motions to dismiss brought by those defendants no later than December 21, 2007, and those

3  defendants shall file their reply brief(s) no later than January 21, 2008; and

4       WHEREAS, Defendants Marvell Technology Group, Ltd., Sehat Sutardja, Weili Dai, and

5  George Hervey have brought motions to dismiss the Complaint which are presently noticed for

6  hearing on February 1, 2008 at 9:00 a.m.; and

7       WHEREAS Lead Plaintiffs and Cioffi desire to set a briefing and hearing schedule for

8  Cioffi's motion to dismiss that is identical to that for the other defendants' motions.

9       THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Lead Plaintiffs and

10 Defendant Cioffi, through their respective counsel of record, as follows:

11      1.      Lead Plaintiffs shall file their opposition brief to Cioffi's motion to dismiss no later

12 than December 21, 2007;

13      2.      Cioffi shall file his reply brief no later than January 21, 2008; and

14      3.      Subject to court approval, the hearing on Cioffi's motion to dismiss shall be noticed

15 for February 1, 2008 at 9:00 a.m.

16 Dated:  October 29, 2007            HELLER EHRMAN LLP

17

18                                     By _____/s/ Laurence A. Weiss_____
                                          Laurence A. Weiss

19
                                       Sara B. Brody
20                                     Kristi K. Elder
                                       275 Middlefield Road
21                                     Menlo Park, CA  94025
                                       Telephone:  (650) 324-7000
22
23                                     Counsel for Defendant
                                       JOHN M. CIOFFI
24

25

26

27

28

STIPULATION AND [] ORDER SETTING BRIEFING SCHEDULE
MASTER FILE NO. C-06-06286 RMW

1  Dated:  October 29, 2007                BERMAN DeVALERIO PEASE TABACCO
                                           BURT & PUCILLO
2

3                                          By _____/s/ Nicole Lavallee_____
                                               Nicole Lavallee
4

5                                          Joseph J. Tabacco, Jr.
                                           Christopher T. Heffelfinger
6                                          Julie J. Bai
                                           425 California Street, Suite 2100
7                                          San Francisco, CA 94104
                                           Telephone: (415) 433-3200
8

9                                          Liaison Counsel for Lead Plaintiffs

10
                                           KOHN, SWIFT & GRAF, P.C.
11                                         Joseph C. Kohn
                                           William E. Hoese
12                                         Denis F. Sheils
                                           Stephen H. Schwartz
13                                         One South Broad Street, Suite 2100
                                           Philadelphia, PA 19107
14                                         Telephone: (215) 238-1700

15

16                                         SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
                                           Michael K. Yarnoff
17                                         John Kehoe
                                           Robert Biela
18                                         280 King of Prussia Road
                                           Radnor, PA 19087
19                                         Telephone: (610) 667-7706
20

21                                         Co-Lead Counsel

22

23

24

25

26

27

28

STIPULATION AND [] ORDER SETTING BRIEFING SCHEDULE
MASTER FILE NO. C-06-06286 RMW

# ATTESTATION

I, Laurence A. Weiss, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT JOHN M. CIOFFI'S MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**.  I hereby attest, pursuant to General Order 45, Section X.B., that all counsel whose signature is indicated by a "conformed" signature (/s/) within this e-filed document has concurred in this filing.

Dated:  October 29, 2007              HELLER EHRMAN LLP


By         /s/ Laurence A. Weiss
       Laurence A. Weiss

Counsel for Defendant
JOHN M. CIOFFI

STIPULATION AND [] ORDER SETTING BRIEFING SCHEDULE
MASTER FILE NO. C-06-06286 RMW

* * *

ORDER

Good cause appearing hereto,

1.   Lead Plaintiffs shall file their opposition brief to Cioffi's motion to dismiss no later than December 21, 2007;

2.   Cioffi shall file his reply brief no later than January 21, 2008; and

3.   The hearing on Cioffi's motion to dismiss shall be noticed for February 1, 2008 at 9:00 a.m.


IT IS SO ORDERED.

Dated: _11/2/07_____          _Ronald M. Whyte_____
                                                                        The Honorable Ronald M. Whyte
                                                                        UNITED STATES DISTRICT JUDGE

SV 2311902 v2

STIPULATION AND [ ORDER SETTING BRIEFING SCHEDULE
MASTER FILE NO. C-06-06286 RMW