Joseph J. Tabacco, Jr. (75484)
Email: jtabacco@bermanesq.com
Christopher T. Heffelfinger (118058)
Email: cheffelfinger@bermanesq.com
Nicole Lavallee (165755)
Email: nlavallee@bermanesq.com
Julie J. Bai (227047)
Email: jbai@bermanesq.com
**BERMAN, DeVALERIO, PEASE, TABACCO
  BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Liaison Counsel for Lead Plaintiffs**

[Additional Counsel Appear on Signature Page]

*E-FILED - 12/19/07*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MARVELL TECHNOLOGY GROUP, LTD. SECURITIES LITIGATION | Master File No. 06-06286 RMW <br><br> CLASS ACTION <br><br> **STIPULATION AND [] ORDER TO ALLOW COMBINED BRIEFS** |
| THIS DOCUMENT RELATES TO: <br><br> All Actions. | |

Lead Plaintiffs Police and Fire Retirement System of the City of Detroit, Monte Paschi Asset Management S.G.R. S.p.A. and Puerto Rico Government Employees Retirement System ("Lead Plaintiffs") and defendants Marvell Technology Group, Ltd. ("Marvell"), Weili Dai ("Dai"), Sehat Sutardja ("Sutardja"), George Hervey ("Hervey") and John M. Cioffi (Cioffi"), by and through their respective counsel, hereby recite and stipulate, subject to Court approval, as follows.

**RECITALS**

WHEREAS, pursuant to a stipulation and proposed order dated September 21, 2007, Lead Plaintiffs and defendants Marvell, Dai, Sutardja and Hervey stipulated that (i) these defendants would file their motions to dismiss by October 18, 2007; (ii) Lead Plaintiffs would file their opposition to these motions to dismiss on December 21, 2007; and (iii) these defendants would file their reply papers on January 21, 2008;

WHEREAS, pursuant to a stipulation and proposed order dated October 29, 2007 and approved by the Court on November 2, 2007, Lead Plaintiffs and defendant Cioffi stipulated that the briefing schedule set forth immediately above with respect to opposition and reply papers would also apply to the motion to dismiss filed by Cioffi on October 29, 2007;

WHEREAS, pursuant to a stipulation and proposed order dated October 15, 2007, Lead Plaintiffs and defendant Marvell stipulated that Marvell could file memoranda of points and authorities of thirty pages instead of the twenty-five pages permitted under the Local Rules;

WHEREAS, on October 18, 2007, defendant Marvell filed a thirty page memorandum of points and authorities in support of its motion to dismiss the Consolidated Class Action Complaint ("Complaint");

WHEREAS, on October 18, 2007, defendants Dai and Sutardja filed a twenty-six page memorandum of points and authorities in support of their joint motion to dismiss the Complaint;

WHEREAS, on October 18, 2007, defendant Hervey filed a twenty-five page memorandum of points and authorities in support of his motion to dismiss the Complaint;

WHEREAS, defendants Marvell, Dai, Sutardjia and Hervey also filed three separate requests for judicial notice;

WHEREAS, on October 29, 2007, defendant Cioffi filed a twenty-two page memorandum of points and authorities in support of his motion to dismiss the Complaint;

WHEREAS, counsel for all parties agree that Lead Plaintiffs may file (i) one combined memorandum of points and authorities not to exceed 75 pages (less than the total number of pages for all four motions to dismiss filed by defendants) in opposition to defendants' separate motions to dismiss; and (ii) one combined memorandum of points and authorities in opposition to the three

requests for judicial notice;

WHEREAS, counsel for all parties agree, in light of January 21, 2008 being a court holiday, to move the date defendants' reply brief(s) is due from January 21, 2008, as set forth in the stipulation and proposed order dated September 21, 2007, to January 22, 2008; and

WHEREAS, counsel for all parties agree that each defendant shall be permitted to file a reply memorandum of points and authorities not to exceed twenty (20) pages.

## STIPULATION

Therefore, IT IS HEREBY STIPULATED AND AGREED by Lead Plaintiffs and defendants, through their respective counsel of record, as follows:

1. Lead Plaintiffs may file (i) one combined memorandum of points and authorities not to exceed seventy-five (75) pages in response to all defendants' memoranda of points and authorities in support of their motions to dismiss; and (ii) one combined memorandum of points and authorities in opposition to defendants' three requests for judicial notice.

2. Defendants shall file their reply brief(s) no later than January 22, 2008.

3. Each defendant shall be permitted to file a reply memorandum of points and authorities not to exceed twenty (20) pages.

Dated: December 3, 2007      **BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**

By: /s/ Nicole Lavallee
      NICOLE LAVALLEE

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Julie J. Bai
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200

**Liaison Counsel for Lead Plaintiffs**

**KOHN, SWIFT & GRAF, P.C.**
Joseph C. Kohn
William E. Hoese
Denis F. Sheils
Stephen H. Schwartz
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: (215) 238-1700

**SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP**
Michael K. Yarnoff
John Kehoe
Robert Biela
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

**Co-Lead Counsel**

**NIX PATTERSON & ROACH, LLP**
Jeffrey J. Angelovich
Bradley E. Beckworth
205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333

**Additional Counsel for Lead Plaintiffs**

I, Nicole Lavallee, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order . In compliance with General Order 45, X.B., I hereby attest that Nicole Healy, Caroline McIntyre, Diane M. Doolittle and Laurence A. Weiss have concurred in this filing.

Dated: December 3, 2007       **WILSON SONSINI GOODRICH & ROSATI**

By:   /s/ Nicole Healy
        NICOLE HEALY

Steven M. Schatz
Boris Feldman
Rodney G. Strickland, Jr.
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

**Counsel for Defendant Marvell Technology Group, Ltd.**

| | | |
|---|---|---|
| Dated: December 3, 2007 | | **BERGESON, LLP** |
| | | By: /s/ Caroline McIntyre |
| | | CAROLINE MCINTYRE |

Daniel J. Bergeson
Donald P. Gagliardi
Elizabeth D. Lear
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712

**Counsel for Defendant George Hervey**

Dated: December 3, 2007    **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**

By: /s/ Diane M. Doolittle
DIANE M. DOOLITTLE

555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
John M. Potter
50 California Street, 22nd Floor
San Francisco, CA 94111

**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
Thad A. Davis
Jennie L. Wang
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543

**Counsel for Defendants Weili Dai and Sehat Sutardja**

Dated: December 3, 2007    **HELLER EHRMAN LLP**

By: /s/ Laurence A. Weiss
LAURENCE A. WEISS

Sara B. Brody
Kristi K. Elder
275 Middlefield Road
Menlo Park, CA 94025

**Counsel for Defendant John M. Cioffi**

**[] ORDER**

Pursuant to the foregoing stipulation and good cause appearing,

**IT IS HEREBY ORDERED that:**

1. Lead Plaintiffs may file (i) one combined memorandum of points and authorities not to exceed seventy-five (75) pages in response to all defendants' memoranda of points and authorities in support of their motions to dismiss; and (ii) one combined memorandum of points and authorities in opposition to defendants' three requests for judicial notice.

2. Defendants shall file their reply brief(s) no later than January 22, 2008.

3. Each defendant shall be permitted to file a reply memorandum of points and authorities not to exceed twenty (20) pages.

4. The hearing on the motions to dismiss shall be continued to February 15, 2008.    (rmw)

**IT IS SO ORDERED**.

Dated: 12/19, 2007

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge