STEPHEN E. TAYLOR (SBN 58452)
JESSICA L. GRANT (SBN 178138)
NICHOLAS G. CAMPINS (SBN 238022)
TAYLOR & COMPANY LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jgrant@tcolaw.com
E-mail: ncampins@tcolaw.com

Attorneys for Defendant WEILI DAI

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION      *E-FILED - 12/19/07*

| IN RE MARVELL TECHNOLOGY GROUP, LTD. SECURITIES LITIGATION | Case No.: C-06-06286 (RMW) |
|---|---|
| This Document Relates to:<br>ALL ACTIONS. | REQUEST FOR ORDER PERMITTING SUBSTITUTION OF COUNSEL FOR WEILI DAI |

Defendant Weili Dai respectfully requests an order from this Court permitting her counsel of record, the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP ("Quinn Emanuel"), to withdraw as counsel in the above-captioned matter, and substituting the law firms of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul Weiss") and Taylor & Company Law Offices, Inc. ("Taylor & Company") as counsel of record for Ms. Dai in this case.

Ms. Dai requests that the Court make all necessary changes to the Court's records and ECF and direct all future communications in this case to her new counsel as follows:

---

REQUEST FOR ORDER PERMITTING SUBSTITUTION OF COUNSEL
FOR DEFENDANT WEILI DAI: CASE NO. C-06-06286 (RMW)

THEODORE V. WELLS (*Pro Hac Vice Admission Pending*)
MICHELE HIRSHMAN (*Pro Hac Vice Admission Pending*)
TIMOTHY S. MARTIN (*Pro Hac Vice Admission Pending*)
STEVEN B. ROSENFELD (*Pro Hac Vice Admission Pending*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-mail: twells@paulweiss.com
E-mail: mhirshman@paulweiss.com
E-mail: tmartin@paulweiss.com
E-mail: srosenfeld@paulweiss.com

STEPHEN E. TAYLOR (SBN 58452)
JESSICA L. GRANT (SBN 178138)
NICHOLAS G. CAMPINS (SBN 238022)
Taylor & Company Law Offices, Inc.
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jgrant@tcolaw.com
E-mail: ncampins@tcolaw.com

Dated: December 12, 2007          QUINN, EMANUEL, URQUHART OLIVER &
                                  HEDGES LLP

                            By:         /s/ Diane M. Doolittle
                                        Diane M. Doolittle

                                  Attorneys for Defendant WEILI DAI

Dated: December 12, 2007          PAUL, WEISS, RIFKIND, WHARTON &
                                  GARRISON LLP

                            By:         /s/ Theodore V. Wells
                                        Theodore V. Wells

| | | |
|---|---|---|
| 1 | Dated: December 12, 2007 | TAYLOR & COMPANY LAW OFFICES, INC. |
| 2 | | |
| 3 | | By: /s/ Stephen E. Taylor |
| 4 | | Stephen E. Taylor |
| 5 | Dated: December 12, 2007 | Weili Dai |
| 6 | | By: /s/ Weili Dai |
| 7 | | Weili Dai |

\*            \*            \*

**IT IS HEREBY ORDERED** that Quinn Emanuel is relieved as counsel of record for defendant Weili Dai and that Paul Weiss and Taylor & Company are substituted as counsel of record for Ms. Dai.

DATED: 12/19/07

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE