**E-FILED on** ___9/8/08___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re MARVELL TECHNOLOGY GROUP LTD. SECURITIES LITIGATION<br><br>This Documents Relates To:<br><br>   All Actions | No. C-06-06286 RMW<br><br>ORDER TAKING LEAD PLAINTIFFS' MOTION TO MODIFY THE PSLRA STAY UNDER SUBMISSION WITHOUT ORAL ARGUMENT<br><br>**[Re Docket No. 221]** |

    Scheduled for hearing on September 12, 2008 is lead plaintiffs' motion for partial modification of the stay imposed by the Private Securities Litigation Reform Act ("PSLRA"). Pursuant to 15 U.S.C. § 78u-4(b)(3)(B), discovery is presently stayed pending the court's ruling on defendants' motions to dismiss heard February 15, 2008. Section 78u-4(b)(3)(B) provides for an automatic stay of discovery and other proceedings during the pendency of a motion to dismiss "unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party." Lead plaintiffs' motion seeks a modification of the stay pursuant to this provision. Defendants oppose the motion on the grounds that it is inapplicable, as there is no imminent risk that discovery will be lost and that plaintiffs will not suffer any undue prejudice.

1   Having reviewed the parties' papers, the court does not believe that oral argument is
2   necessary. Accordingly, the matter shall be deemed submitted on the papers. *See* Civil L.R. 7-1(b).
3   Should the court later decide that it would benefit from oral argument, the parties will be notified.

DATED:      9/8/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER TAKING LEAD PLAINTIFFS' MOTION TO MODIFY THE PSLRA STAY UNDER SUBMISSION WITHOUT ORAL ARGUMENT—No. C-06-06286 RMW
MAG                                                 2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Julie Juhyun Bai | jbai@bermanesq.com |
| Christine Bartholomew | cbartholomew@finkelsteinthompson.com |
| Stuart L. Berman | sberman@sbtklaw.com |
| Michael David Braun | service@braunlawgroup.com |
| Stephanie L. Dieringer | sldieringer@hulettharper.com |
| Donald J. Enright | dje@ftllaw.com |
| Steven Eliott Fineman | sfineman@lchb.com |
| Lawrence Timothy Fisher | ltfisher@bramsonplutzik.com |
| Linda M. Fong | lfong@kaplanfox.com |
| Lesley Ann Hale | lhale@bermanesq.com |
| Blake M. Harper | Bmh@hulettharper.com |
| Christopher T. Heffelfinger | cheffelfinger@bermanesq.com |
| Laurence D. King | lking@kaplanfox.com |
| Joseph C. Kohn | jkohn@kohnswift.com |
| Elisa P. Laird | elaird@finkelsteinthompson.com |
| Nicole Catherine Lavallee | nlavallee@bermanesq.com |
| Bruce W. Leppla | bleppla@lchb.com |
| James Christopher Magid | jmagid@bermanesq.com |
| Mark Cotten Molumphy | mmolumphy@cpmlegal.com |
| Alan R Plutzik | aplutzik@bramsonplutzik.com |
| Kathryn Anne Schofield | kschofield@bramsonplutzik.com |
| Denis Francis Sheils | dsheils@kohnswift.com |
| Joseph J. Tabacco , Jr | jtabacco@bermanesq.com |
| Sarah Pickeral Weber | sweber@hulettharper.com |

**Counsel for Defendants:**

| | |
|---|---|
| Jennie L. Wang | jenniewang@quinnemanuel.com |
| Jessica L. Grant | jgrant@tcolaw.com |
| Michele Hirshman | mhirshman@paulweiss.com |
| Nicholas George Campins | ncampins@tcolaw.com |
| Stephen E. Taylor | staylor@tcolaw.com |
| Steven B. Rosenfeld | srosenfeld@paulweiss.com |
| Theodore V. Wells | twells@paulweiss.com |
| Timothy S. Martin | tmartin@paulweiss.com |
| Boris Feldman | boris.feldman@wsgr.com |
| Caroline McIntyre | cmcintyre@be-law.com |
| Steven Mark Schatz | sschatz@wsgr.com |
| Gregory Lewis Watts | rbrown@wsgr.com |
| Laurence Andrew Weiss | kris.elder@hellerehrman.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   9/8/08                              /s/ MAG
                                                  **Chambers of Judge Whyte**

ORDER TAKING LEAD PLAINTIFFS' MOTION TO MODIFY THE PSLRA STAY UNDER SUBMISSION WITHOUT ORAL ARGUMENT—No. C-06-06286 RMW
MAG                                          3