| | |
|---|---|
| 1 | STEVEN M. SCHATZ, State Bar No. 118356 |
| | BORIS FELDMAN, State Bar No. 128838 |
| 2 | RODNEY G. STRICKLAND, JR., State Bar No. 161934 |
| | GREGORY L. WATTS, State Bar No. 197126 |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 4 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 5 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| 6 | Email: sschatz@wsgr.com |
| | Email: boris.feldman@wsgr.com |
| 7 | Email: rstrickland@wsgr.com |
| | Email: gwatts@wsgr.com |

Attorneys for Defendant
MARVELL TECHNOLOGY GROUP, LTD.

*E-FILED - 11/19/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MARVELL TECHNOLOGY GROUP, LTD. SECURITIES LITIGATION | Master File No. C-06-06286-RMW |
| | **STIPULATION AND [] ORDER REGARDING DEADLINE FOR DEFENDANTS TO RESPOND TO THE CONSOLIDATED CLASS ACTION COMPLAINT** |
| This Document Relates to: | |
| ALL ACTIONS. | |

Defendants Marvell Technology Group, Ltd. ("Marvell"), Dr. Sehat Sutardja, Weili Dai, and George Hervey (collectively "Defendants") and Lead Plaintiffs Police and Fire Retirement System of the City of Detroit, Monte Paschi Asset Management S.G.R. S.p.A, and Puerto Rico Government Employees Retirement System ("Lead Plaintiffs"), by and through their respective counsel hereby recite and stipulate, subject to court approval, as follows concerning Defendants' deadline for responding to the Consolidated Class Action Complaint ("Complaint").

STIPULATION AND [] ORDER RE
DEADLINE FOR RESPONSE TO COMPLAINT
MASTER FILE NO. C-06-06286-RMW

1   WHEREAS, on September 29, 2008, the Court granted in part and denied in part
2   Defendants' motions to dismiss the Complaint, and gave plaintiffs thirty (30) days to either file
3   an amended complaint or proceed with the Complaint as limited by the Court's Order.

4   WHEREAS, on October 27, 2008, Lead Plaintiffs notified the Court that they will not file
5   an amended complaint and will proceed with the Complaint as limited by the Court's Order.

6   WHEREAS, Defendants have requested and Lead Plaintiffs have agreed to an extension
7   of time until December 12, 2008 for Defendants to respond to the Complaint.

8   NOW THEREFORE, the undersigned parties hereby stipulate and agree, subject to the
9   Court's approval, that Defendants must respond to the Complaint on or before December 12,
10  2008.

11  Dated:  October 31, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                                 Professional Corporation
12
13
                                                 By:   /s/ Gregory L. Watts
14                                                     Gregory L. Watts

15                                               Steven M. Schatz
                                                 Boris Feldman
16                                               Rodney G. Strickland, Jr.
                                                 Gregory L. Watts
17                                               650 Page Mill Road
                                                 Palo Alto, CA 94304-1050
18                                               Telephone:  (650) 493-9300

19                                               Attorneys for Defendant
                                                 MARVELL TECHNOLOGY GROUP, LTD.
20

21  Dated:  October 31, 2008                    QUINN EMANUEL URQUHART OLIVER &
                                                 HEDGES, LLP
22

23                                               By:   /s/ Diane Doolittle
                                                       Diane Doolittle
24

25                                               John Potter
                                                 Diane Doolittle
26                                               555 Twin Dolphin Drive, Suite 560
                                                 Redwood Shores, CA 94065
                                                 Telephone: (650) 801 5000
27
                                                 Counsel for Defendant Dr. Sehat Sutardja
28

STIPULATION AND [] ORDER RE                     - 2 -
DEADLINE FOR RESPONSE TO COMPLAINT
MASTER FILE NO. C-06-06286-RMW

| | | |
|---|---|---|
| 1 | Dated:  October 31, 2008 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | | |
| 3 | | By:   /s/ Michele Hirshman |
| | | Michele Hirshman |
| 4 | | |
| 5 | | Theodore V. Wells, Jr. |
| | | Michele Hirshman |
| | | Timothy S. Martin |
| 6 | | 1285 Avenue of the Americas |
| | | New York, NY 10019-6064 |
| 7 | | Telephone: (212) 373-3000 |
| 8 | | Counsel for Defendant Weili Dai |
| 9 | | |
| | Dated:  October 31, 2008 | BERGESON, LLP |
| 10 | | |
| 11 | | By:   /s/ Caroline McIntyre |
| | | Caroline McIntyre |
| 12 | | |
| | | Dan Bergeson |
| 13 | | Caroline McIntyre |
| | | 303 Almaden Blvd., Suite 500 |
| 14 | | San Jose, CA 95110-2712 |
| | | Telephone: (408) 291-6200 |
| 15 | | |
| | | Counsel for Defendant George Hervey |
| 16 | | |
| 17 | Dated:  October 31, 2008 | BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO |
| 18 | | |
| 19 | | By:   /s/ Nicole Lavallee |
| | | Nicole Lavallee |
| 20 | | |
| | | Joseph J. Tabacco, Jr. |
| 21 | | Christopher T. Heffelfinger |
| | | Julie J. Bai |
| 22 | | 425 California Street, Suite 2100 |
| | | San Francisco, CA  94104 |
| 23 | | Telephone:  (415) 433-3200 |
| 24 | | Liaison Counsel for Lead Plaintiffs |
| 25 | | |
| | | KOHN, SWIFT & GRAF, P.C. |
| 26 | | Joseph C. Kohn |
| | | William E. Hoese |
| 27 | | Denis F. Sheils |
| | | Stephen H. Schwartz |
| 28 | | One South Broad Street, Suite 2100 |

STIPULATION AND [] ORDER RE
DEADLINE FOR RESPONSE TO COMPLAINT
MASTER FILE NO. C-06-06286-RMW

- 3 -

Philadelphia, PA  19107
Telephone:  (215) 238-1700

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
Michael K. Yarnoff
John Kehoe
Robert Biela
280 King of Prussia Road
Radnor, PA  19087
Telephone:  (610) 667-7706

Co-Lead Counsel for Lead Plaintiffs

## [] ORDER

Pursuant to the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that that Defendants must respond to the Complaint on or before December 12, 2008.

Dated: 11/19/08

*Ronald M. Whyte*

The Honorable. Ronald M. Whyte
United States District Court Judge

**SIGNATURE ATTESTATION**

Pursuant to General Order 45, Section X.B. regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Nicole Lavallee, Dianne Doolittle, Michele Hirshman, and Caroline McIntyre.

Dated:  October 31, 2008                              WILSON SONSINI GOODRICH & ROSATI
                                                                          Professional Corporation


                                                                          By: /s/ Gregory L. Watts
                                                                                  Gregory L. Watts

                                                                          Attorneys for Defendant
                                                                          Marvell Technology Group, Ltd.

STIPULATION AND [] ORDER RE                       - 5 -
DEADLINE FOR RESPONSE TO COMPLAINT
MASTER FILE NO. C-06-06286-RMW