STEVEN M. SCHATZ, State Bar No. 118356
BORIS FELDMAN, State Bar No. 128838
RODNEY G. STRICKLAND, JR., State Bar No. 161934
GREGORY L. WATTS, State Bar No. 197126
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sschatz@wsgr.com
Email: boris.feldman@wsgr,com
Email: rstrickland@wsgr.com
Email: gwatts@wsgr.com

*E-FILED - 12/17/08*

Attorneys for Defendant
MARVELL TECHNOLOGY GROUP, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MARVELL TECHNOLOGY GROUP, LTD. SECURITIES LITIGATION | Master File No. C-06-06286-RMW |
| This Document Relates to:<br><br>ALL ACTIONS. | **STIPULATION AND [] ORDER REGARDING DEADLINE FOR DEFENDANTS TO RESPOND TO THE CONSOLIDATED CLASS ACTION COMPLAINT** |

Defendants Marvell Technology Group, Ltd. ("Marvell"), Dr. Sehat Sutardja, Weili Dai, and George Hervey (collectively "Defendants") and Lead Plaintiffs Police and Fire Retirement System of the City of Detroit, Monte Paschi Asset Management S.G.R. S.p.A, and Puerto Rico Government Employees Retirement System ("Lead Plaintiffs"), by and through their respective counsel hereby recite and stipulate, subject to court approval, as follows concerning Defendants' deadline for responding to the Consolidated Class Action Complaint ("Complaint").

1    WHEREAS, on September 29, 2008, the Court granted in part and denied in part
2 Defendants' motions to dismiss the Complaint, and gave plaintiffs thirty (30) days to either file
3 an amended complaint or proceed with the Complaint as limited by the Court's Order.

4    WHEREAS, on October 27, 2008, Lead Plaintiffs notified the Court that they will not file
5 an amended complaint and will proceed with the Complaint as limited by the Court's Order.

6    WHEREAS, pursuant to a stipulated order, the Court granted Defendants an extension of
7 time until December 12, 2008 to respond to the Complaint.

8    WHEREAS, Defendants have requested and Lead Plaintiffs have agreed to an additional
9 extension of time until January 12, 2009 for Defendants to respond to the Complaint.

10    NOW THEREFORE, the undersigned parties hereby stipulate and agree, subject to the
11 Court's approval, that Defendants must respond to the Complaint on or before January 12, 2009.

12 Dated:  December 9, 2008            WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation

14                                    By:   /s/ Gregory L. Watts
                                            Gregory L. Watts

16                                    Steven M. Schatz
                                      Boris Feldman
                                      Rodney G. Strickland, Jr.
17                                    Gregory L. Watts
                                      650 Page Mill Road
18                                    Palo Alto, CA 94304-1050
                                      Telephone:  (650) 493-9300

                                      Attorneys for Defendant
20                                    MARVELL TECHNOLOGY GROUP, LTD.

22 Dated:  December 9, 2008            QUINN EMANUEL URQUHART OLIVER &
                                      HEDGES, LLP

24                                    By:   /s/ Diane Doolittle
                                            Diane Doolittle

25                                    John Potter
                                      Diane Doolittle
26                                    555 Twin Dolphin Drive, Suite 560
                                      Redwood Shores, CA 94065
27                                    Telephone: (650) 801 5000

28                                    Counsel for Defendant Dr. Sehat Sutardja

STIPULATION AND [] ORDER RE                - 2 -
DEADLINE FOR RESPONSE TO COMPLAINT
MASTER FILE NO. C-06-06286-RMW

| | | |
|---|---|---|
| 1 | Dated: December 9, 2008 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |

By:  /s/ Michele Hirshman
         Michele Hirshman

Theodore V. Wells, Jr.
Michele Hirshman
Timothy S. Martin
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000

Counsel for Defendant Weili Dai

Dated: December 9, 2008                BERGESON, LLP

By:  /s/ Caroline McIntyre
         Caroline McIntyre

Dan Bergeson
Caroline McIntyre
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200

Counsel for Defendant George Hervey

Dated: December 9, 2008                BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO

By:  /s/ Nicole Lavallee
         Nicole Lavallee

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Julie J. Bai
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone:  (415) 433-3200

Liaison Counsel for Lead Plaintiffs

STIPULATION AND [] ORDER RE
DEADLINE FOR RESPONSE TO COMPLAINT
MASTER FILE NO. C-06-06286-RMW

- 3 -

KOHN, SWIFT & GRAF, P.C.
Joseph C. Kohn
William E. Hoese
Denis F. Sheils
Stephen H. Schwartz
One South Broad Street, Suite 2100
Philadelphia, PA  19107
Telephone:  (215) 238-1700

SCHIFFRIN BARROWAY TOPAZ
  & KESSLER, LLP
Michael K. Yarnoff
John Kehoe
Robert Biela
280 King of Prussia Road
Radnor, PA  19087
Telephone:  (610) 667-7706

Co-Lead Counsel for Lead Plaintiffs

## [] ORDER

Pursuant to the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that that Defendants must respond to the Complaint on or before January 12, 2009.

Dated: 12/17/08

*Ronald M. Whyte*

The Honorable. Ronald M. Whyte
United States District Court Judge

STIPULATION AND [] ORDER RE                  - 4 -
DEADLINE FOR RESPONSE TO COMPLAINT
MASTER FILE NO. C-06-06286-RMW

**SIGNATURE ATTESTATION**

Pursuant to General Order 45, Section X.B. regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Nicole Lavallee, Dianne Doolittle, Michele Hirshman, and Caroline McIntyre.

Dated: December 9, 2008               WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation


                                      By: /s/ Gregory L. Watts
                                              Gregory L. Watts

                                      Attorneys for Defendant
                                      Marvell Technology Group, Ltd.

STIPULATION AND [] ORDER RE            - 5 -
DEADLINE FOR RESPONSE TO COMPLAINT
MASTER FILE NO. C-06-06286-RMW