STEVEN M. SCHATZ, State Bar No. 118356
BORIS FELDMAN, State Bar No. 128838
RODNEY G. STRICKLAND, JR., State Bar No. 161934
GREGORY L. WATTS, State Bar No. 197126
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sschatz@wsgr.com
Email: boris.feldman@wsgr,com
Email: rstrickland@wsgr.com
Email: gwatts@wsgr.com

Attorneys for Defendant
MARVELL TECHNOLOGY GROUP, LTD.

*E-FILED - 4/21/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MARVELL TECHNOLOGY GROUP, LTD. SECURITIES LITIGATIONThis Document Relates to:ALL ACTIONS. | Master File No. C-06-06286-RMW**STIPULATION AND [] ORDER REGARDING LEAD PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION** |

STIP. & [ ORDER RE LEAD PLAINTIFFS'
DEADLINE FOR FILING MOTION FOR CLASS CERT.
MASTER FILE NO. C-06-06286-RMW

1    Defendants Marvell Technology Group, Ltd. ("Marvell"), Dr. Sehat Sutardja, Weili Dai,
2 and George Hervey (collectively "Defendants") and Lead Plaintiffs Police and Fire Retirement
3 System of the City of Detroit, Monte Paschi Asset Management S.G.R. S.p.A, and Puerto Rico
4 Government Employees Retirement System ("Lead Plaintiffs"), by and through their respective
5 counsel hereby recite and stipulate, subject to court approval, as follows concerning Lead
6 Plaintiffs' Deadline for Filing their Motion for Class Certification.

7    WHEREAS, on March 11, 2009, Lead Plaintiffs served by U.S. mail their First Set of
8 Requests for Admission and Interrogatories concerning class certification matters upon the
9 Defendants;

10   WHEREAS, Defendants' Objections and Responses to Lead Plaintiffs' First Set of
11 Requests for Admission and Interrogatories accordingly were due on April 13, 2009;

12   WHEREAS, the parties have stipulated and agreed that Defendants shall have an
13 additional two weeks, that is, until April 27, 2009 to serve their Objections and Responses to Lead
14 Plaintiffs' First Set of Requests for Admission and Interrogatories;

15   WHEREAS, Lead Plaintiffs' Motion for Class Certification is due to be filed and served
16 on April 15, 2009;

17   WHEREAS, Lead Plaintiffs require receipt and an opportunity to review Defendants'
18 Objections and Responses to Lead Plaintiffs' First Set of Requests for Admission and
19 Interrogatories before finalizing and filing their motion for class certification; and

20   WHEREAS, the parties have stipulated and agreed that Lead Plaintiffs shall have until
21 April 29, 2009 to file and serve their Motion for Class Certification;

22   NOW THEREFORE, the undersigned parties hereby stipulate and agree, subject to the
23 Court's approval, that Lead Plaintiffs shall have until April 29, 2009 to file and serve their Motion
24 for Class Certification.

25
26
27
28

STIP. & [] ORDER RE LEAD PLAINTIFFS'         - 2 -
DEADLINE FOR FILING MOTION FOR CLASS CERT.
MASTER FILE NO. C-06-06286-RMW

1  NOW THEREFORE, the undersigned parties hereby stipulate and agree, subject to the
2 Court's approval, that Lead Plaintiffs shall have until April 29, 2009 to file and serve their
3 Motion for Class Certification.

| | | |
|---|---|---|
| 4 | Dated: April 14, 2009 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 6 | | By:  /s/ Gregory L. Watts<br>        Gregory L. Watts |
| 8 | | Steven M. Schatz<br>Boris Feldman<br>Rodney G. Strickland, Jr.<br>Gregory L. Watts<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| 12 | | Attorneys for Defendant<br>MARVELL TECHNOLOGY GROUP, LTD. |
| 13 | Dated: April 14, 2009 | QUINN EMANUEL URQUHART OLIVER &<br>HEDGES, LLP |
| 16 | | By:  /s/ Diane Doolittle<br>        Diane Doolittle |
| 17 | | John Potter<br>Diane Doolittle<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065<br>Telephone: (650) 801 5000 |
| 20 | | Counsel for Defendant Dr. Sehat Sutardja |
| 20 | Dated: April 14, 2009 | PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP |
| 23 | | By:  /s/ Michele Hirshman<br>        Michele Hirshman |
| 24 | | Theodore V. Wells, Jr.<br>Michele Hirshman<br>Timothy S. Martin<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000 |
| 27 | | Counsel for Defendant Weili Dai |

| | | |
|---|---|---|
| 1 | Dated: April 14, 2009 | BERGESON, LLP |
| 2 | | |
| 3 | | By:   /s/ Caroline McIntyre<br>       Caroline McIntyre |
| 4 | | Dan Bergeson |
| 5 | | Caroline McIntyre<br>303 Almaden Blvd., Suite 500<br>San Jose, CA 95110-2712 |
| 6 | | Telephone: (408) 291-6200 |
| 7 | | Counsel for Defendant George Hervey |
| 8 | | |
| 9 | Dated: April 14, 2009 | BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO |
| 10 | | |
| 11 | | By:   /s/ Nicole Lavallee<br>       Nicole Lavallee |
| 12 | | Joseph J. Tabacco, Jr. |
| 13 | | Christopher T. Heffelfinger<br>Julie J. Bai |
| 14 | | 425 California Street, Suite 2100<br>San Francisco, CA  94104 |
| 15 | | Telephone:  (415) 433-3200 |
| 16 | | Liaison Counsel for Lead Plaintiffs |
| 17 | | |
| 18 | | KOHN, SWIFT & GRAF, P.C.<br>Joseph C. Kohn |
| 19 | | William E. Hoese<br>Denis F. Sheils |
| 20 | | Stephen H. Schwartz<br>One South Broad Street, Suite 2100 |
| 21 | | Philadelphia, PA  19107<br>Telephone:  (215) 238-1700 |
| 22 | | |
| 23 | | BARROWAY TOPAZ KESSLER & CHECK LLP<br>Michael K. Yarnoff |
| 24 | | John Kehoe<br>Robert Biela |
| 25 | | 280 King of Prussia Road<br>Radnor, PA  19087<br>Telephone:  (610) 667-7706 |
| 26 | | |
| | | Co-Lead Counsel for Lead Plaintiffs |
| 27 | | |
| 28 | | |

STIP. & [] ORDER RE LEAD PLAINTIFFS'
DEADLINE FOR FILING MOTION FOR CLASS CERT.
MASTER FILE NO. C-06-06286-RMW

- 4 -

1 **[] ORDER**

2    Pursuant to the foregoing stipulation, and good cause appearing,

3    IT IS HEREBY ORDERED that Lead Plaintiffs shall have until April 29, 2009 to file and
4 serve their Motion for Class Certification.

7 Dated: 4/21/09

*Ronald M. Whyte*

The Honorable Ronald M. Whyte
United States District Court Judge

STIP. & [] ORDER RE LEAD PLAINTIFFS'
DEADLINE FOR FILING MOTION FOR CLASS CERT.      - 5 -
MASTER FILE NO. C-06-06286-RMW

**SIGNATURE ATTESTATION**

Pursuant to General Order 45, Section X.B. regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Nicole Lavallee, Dianne Doolittle, Michele Hirshman, and Caroline McIntyre.

Dated: April 14, 2000

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Gregory L. Watts
   Gregory L. Watts

Attorneys for Defendant
Marvell Technology Group Ltd.