Michael K. Yarnoff (admitted *Pro Hac Vice*)
John A. Kehoe (admitted *Pro Hac Vice*)
Bharati O. Sharma
BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7506
myarnoff@btkmc.com
jkehoe@btkmc.com
bsharma@btkmc.com

*Co-Lead Counsel*

Joseph C. Kohn (admitted *Pro Hac Vice*)
Denis F. Sheils (admitted *Pro Hac Vice*)
William E. Hoese (admitted *Pro Hac Vice*)
KOHN SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: 215-238-1700
Facsimile: 215-238-1968
jkohn@kohnswift.com
dsheils@kohnswift.com
whoese@kohnswift.com

*Co-Lead Counsel*

Joseph J. Tabacco, Jr. (Bar No. 75484)
Nicole Lavallee (Bar No. 165755)
Julie J. Bai (Bar No. 227047)
BERMAN DeVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: 415-433-3200
Facsimile: 415-433-6382
jtabacco@bermandevalerio.com
nlavallee@bermandevalerio.com
jbai@bermandevalerio.com

*Liaison Counsel*

*E-FILED - 5/7/09*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE MARVELL TECHNOLOGY GROUP, LTD. SECURITIES LITIGATION | Master File No. C-06-06286 RMW<br><br>CLASS ACTION<br><br>STIPULATION AND [~~PROPOSED~~] ORDER REGARDING LEAD PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION<br><br>Hon. Ronald M. Whyte |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

Defendants Marvell Technology Group, Ltd. ("Marvell"), Dr. Sehat Sutardja, Weili Dai, and George Hervey (collectively "Defendants") and Lead Plaintiffs Police and Fire Retirement System of the City of Detroit, Monte Paschi Asset Management S.G.R. S.p.A, and Puerto Rico Government Employees Retirement System ("Lead Plaintiffs"), by and through their respective counsel hereby recite and stipulate, subject to court approval, as follows concerning Lead Plaintiffs' Deadline for Filing their Motion for Class Certification.

WHEREAS, on March 11, 2009, Lead Plaintiffs served by U.S. mail their First Set of Requests for Admission and Interrogatories concerning class certification matters upon the Defendants;

WHEREAS, Defendants' Objections and Responses to Lead Plaintiffs' First Set of Requests for Admission and Interrogatories accordingly were due on April 13, 2009;

WHEREAS, the parties stipulated and agreed that Defendants would have an additional two weeks, until April 27, 2009, to serve their Objections and Responses to Lead Plaintiffs' First Set of Requests for Admission and Interrogatories;

WHEREAS, the parties Stipulated and the Court Ordered on April 21, 2009 that Lead Plaintiffs' Motion for Class Certification was due to be filed and served on April 29, 2009;

WHEREAS, Lead Plaintiffs received Defendants' Objections and Responses to Lead Plaintiffs' First Set of Requests for Admission and Interrogatories on April 27, 2009 and require additional time to review said documents prior to filing Lead Plaintiffs' motion for class certification; and

WHEREAS, the parties have stipulated and agreed that Lead Plaintiffs shall have one additional week, or until May 6, 2009, to file and serve their Motion for Class Certification;

/ / /

/ / /

/ / /

1  NOW THEREFORE, the undersigned parties hereby stipulate and agree, subject to the Court's
2  approval, that Lead Plaintiffs shall have until May 6, 2009 to file and serve their Motion for Class
3  Certification.

4  Dated: April 28, 2009

BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP

/s/ Michael K. Yarnoff
MICHAEL K. YARNOFF
John A. Kehoe
Bharati O. Sharma
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
Facsimile: 610-667-7506

Joseph C. Kohn (admitted *Pro Hac Vice*)
Denis F. Sheils (admitted *Pro Hac Vice*)
William E. Hoese (admitted *Pro Hac Vice*)
KOHN SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone: 215-238-1700
Facsimile: 215-238-1968

*Co-Lead Counsel for Lead Plaintiffs*

Joseph J. Tabacco, Jr. (Bar No. 75484)
Nicole Lavallee (Bar No. 165755)
Julie J. Bai (Bar No. 227047)
BERMAN DeVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: 415-433-3200
Facsimile: 415-433-6382

*Liaison Counsel for Lead Plaintiffs*

Dated: April 28, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ Gregory L. Watts
GREGORY L. WATTS
Steven M. Schatz
Boris Feldman
Rodney G. Strickland, Jr.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650-493-9300

*Attorney for Defendant
Marvell Technology Group, Ltd*

[C-06-06286-RMW] STIP. & [PROPOSED] ORDER RE
LD PLFS' DEADLINE FOR FILING MTN FOR CLASS CERT                 2

| | | |
|---|---|---|
| 1 | Dated: April 28, 2009 | QUINN EMANUEL URQUART OLIVER & HEDGES, LLP |
| 2 | | |
| 3 | | /s/ Diane Doolittle |
| 4 | | DIANE DOOLITTLE<br>John Potter |
| 5 | | 555 Twin Dolphin Drive, Suite 650<br>Redwood Shores, CA 94065 |
| 6 | | Telephone: 650-801-5000 |
| 7 | | ***Counsel for Defendant Dr. Sehat Sutardja*** |
| 8 | Dated: April 28, 2009 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP |

/s/ Michele Hirshman
MICHELE HIRSHMAN
Theodore V. Wells, Jr.
Charles E. Davidow
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212-373-3000

***Counsel for Defendant Weili Dai***

Dated: April 28, 2009                    BERGESON, LLP

/s/ Caroline McIntyre
CAROLINE McINTYRE
Dan Bergeson
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: 408-291-6200

***Counsel for Defendant George Hervey***

**GENERAL ORDER 45 ATTESTATION**

I, Nicole Lavallee, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Lead Plaintiffs' Deadline To File Motion For Class Certification. In compliance with General Order 45, X.B., I hereby attest that Michael K. Yarnoff, Gregory L. Watts, Diane Doolittle, Michele Hirshman, and Caroline McIntyre have concurred in this filing.

Dated: April 28, 2009                    /s/ Nicole Lavallee
                                         NICOLE LAVALLEE

[C-06-06286-RMW] STIP. & [PROPOSED] ORDER RE
LD PLFS' DEADLINE FOR FILING MTN FOR CLASS CERT                                    3

## [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that Lead Plaintiffs shall have until May 6, 2009 to file and serve their Motion for Class Certification.

Dated: 5/7/09

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

# CERTIFICATE OF SERVICE

I, Tyler Kelly, declare that I am over the age of 18 years and not a party to this action. My business address is 425 California Street, Suite 2100, San Francisco, California 94104. On April 28, 2009, I caused to be served true copies of the STIPULATION AND [PROPOSED] ORDER REGARDING LEAD PLAINTIFFS' DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION on the following by placing same in sealed envelopes with proper first class postage affixed, addressed as shown below, and depositing them in the United States Mail:

Charles E. Davidow
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047

Michele Hirshman
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064

Steven M. Schatz
Boris Feldman
Rodney G. Strickland, Jr.
Gregory Lewis Watts
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA  94304

Caroline McIntyre
BERGESON, LLP
303 Almaden Blvd., Suite 500
San Jose, CA  95110-2712

Stephen E. Taylor
Jessica L. Grant
TAYLOR & COMPANY LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, CA  94111

Billie D. Salinas
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA  94111

1  Michael K. Yarnoff
   John A. Kehoe
2  Bharati O. Sharma
   BARROWAY TOPAZ KESSLER
3  MELTZER & CHECK, LLP
   280 King of Prussia Road
4  Radnor, PA  19087

5  Joseph C. Kohn
   Denis F. Sheils
6  William E. Hoese
   KOHN SWIFT & GRAF, P.C.
7  One South Broad Street, Suite 2100
   Philadelphia, PA  19107
8
   Jeffrey J. Angelovich
9  Bradley E. Beckworth
   Susan Whatley
10 NIX PATTERSON & ROACH, LLP
   205 Linda Drive
11 Daingerfield, TX  75638

12         I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is
13 true and correct.
14         Executed in San Francisco, California, on April 28, 2009.

                                                        _____
                                                        Tyler Kelly