Michael K. Yarnoff (admitted *Pro Hac Vice*)
John A. Kehoe (admitted *Pro Hac Vice*)
**BARROWAY TOPAZ KESSLER
   MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile:  (610) 667-7056
myarnoff@btkmc.com
jkehoe@btkmc.com
bsharma@btkmc.com

*Co-Lead Counsel*

Joseph C. Kohn (admitted *Pro Hac Vice*)
Denis F. Sheils (admitted *Pro Hac Vice*)
William E. Hoese (admitted *Pro Hac Vice*)
**KOHN, SWIFT & GRAF, P.C.**
One South Broad Street, Suite 2100
Philadelphia, PA  19107
Telephone: (215) 238-1700
Facsimile:  (215) 238-1968
jkohn@kohnswift.com
dsheils@kohnswift.com
whoese@kohnswift.com

*Co-Lead Counsel*
[Additional counsel appear on signature page]

Joseph J. Tabacco, Jr. (Bar No. 75484)
Nicole Lavallee (Bar No. 165755)
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
jtabacco@bermandevalerio.com
nlavallee@bermandevalerio.com

*Liaison Counsel*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Marvell Technology Group Ltd. Securities Litigation | Master File No. C-06-06286 RMW<br>**CLASS ACTION**<br>**ORDER RE: DISTRIBUTION OF CLASS SETTLEMENT FUND** |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | DATE:  JULY 8, 2011<br>TIME:  9:00 A.M.<br>PLACE: COURTROOM 6<br>THE HONORABLE RONALD M. WHYTE |

1  WHEREAS, on November 13, 2009, this Court entered a Final Judgment and Order approving the terms of the Stipulation and Agreement of Settlement dated June 9, 2009 ("Stipulation"), which included a Plan of Allocation;

WHEREAS this Court has directed the parties to consummate the terms of the Stipulation and the Plan of Allocation;

WHEREAS this Court has retained jurisdiction of the above-captioned action ("Action") for the purpose of considering any further application or matter which may arise in connection with the administration and execution of the Settlement and the processing of Proofs of Claim ("Proofs of Claim") and the distribution of the Net Class Settlement Fund, defined below, to the Authorized Claimants.

NOW, THEREFORE, upon reading and filing the Affidavit of Rachel Braun-Wnorowski in Support of Lead Plaintiffs' Motion for Distribution of the Net Settlement Fund ("Braun-Wnorowski Affidavit"), the Claims Administrator, and the accompanying memorandum of law, and upon all prior proceedings herein and after due deliberation, it is hereby:

ORDERED that the administrative determinations of Epiq Class Action and Claims Solutions ("Epiq" or "Claims Administrator") accepting the claims as indicated on the computer printout of accepted claims received through and including May 10, 2011, submitted with and attached as Exhibit D to the Braun-Wnorowski Affidavit, be and the same hereby are approved, and said claims are hereby accepted; and it is further

ORDERED that the administrative determinations of the Claims Administrator rejecting the claims as indicated on the computer printout of rejected claims submitted with and attached as Exhibit D to the Braun-Wnorowski Affidavit, be and the same hereby are approved, and said claims are hereby rejected; and it is further

ORDERED that the Claims Administrator be paid the additional sum of $741,628.95 from the Settlement Fund and the interest accrued thereon for the balance of its fees and expenses incurred and to be incurred in connection with the services performed and to be performed in giving Class Notice, preparing tax returns for the Settlement Fund, processing the Proofs of Claim and administering and

Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107
215-238-1700

distributing the balance of the Settlement Fund and interest accrued thereon after deducting the payments previously allowed and set forth herein plus any taxes owed ("Net Class Settlement Fund"); and it is further

ORDERED that, at the direction of Lead Counsel, the balance of the Net Class Settlement Fund shall be distributed to the eligible claimants listed on the computer printout submitted with the Braun-Wnorowski Affidavit in proportion to the Recognized Claim allocated to each such eligible claimant as shown on such printout; and it is further

ORDERED that, as provided in the Stipulation, if, after distribution of the Net Class Settlement Fund, there is a balance remaining, which Lead Plaintiffs' Counsel determines is too small to distribute to the Settlement Class, Lead Plaintiffs' Counsel shall to donate the remaining funds to an appropriate 501(c)(3) charitable organization selected by Lead Plaintiffs, through their Counsel, and agreed to by Marvell; and it is further

ORDERED that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Class Settlement Fund are released and discharged from any and all claims arising out of such involvement, and all Class Members, whether or not they are to receive payment from the Net Class Settlement Fund, are barred from making any further claim against the Net Class Settlement Fund or the released persons beyond the amount allocated to them pursuant to this Order; and it is further

ORDERED that no claim received after May 10, 2011 may be accepted for any reason whatsoever; and it is further

///
///
///

1    ORDERED that this Court retain jurisdiction over any further application or matter which
2 may arise in connection with this Action.
3    SO ORDERED:

5 DATED: August 8, 2011                    _____
6                                          THE HONORABLE RONALD M. WHYTE
                                           UNITED STATES DISTRICT JUDGE